IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3081 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| FRANK W. GRAFF, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

1.   Defendant's unopposed motion to continue the deadline for filing pretrial motions, filing 12, is granted and defendant's pretrial motions and briefs shall be filed on or before August 17, 2007.

2.   The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the defendant's motion to continue the deadline for filing pretrial motions, the time between July 25, 2007 and August 17, 2007 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

3.    Trial of this case, currently scheduled for August 20, 2007, is continued and will be reset after defendant's anticipated pretrial motions are resolved.

Dated July 20, 2007.

BY THE COURT

s/ *David L. Piester*
United States Magistrate Judge