```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
      Plaintiff,               )         4:07CR3081
                               )
      v.                       )           ORDER
                               )
FRANK W. GRAFF,                )
                               )
      Defendant.               )
```

There being no motions filed by the motions deadline,

IT THEREFORE HEREBY IS ORDERED,

Trial of this matter is set to commence at 9:00 a.m., October 9, 2007 for three trial days, before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

Dated September 17, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge