IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3081 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK W. GRAFF, | ) | ORDER ON MOTION TO RESTRICT |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Motion to Restrict, filing 44, is granted.

Dated July 19, 2010.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge